United States District Court
Middle District of Florida
Jacksonville Division

**JEFFREY S. CLAY**

    **Plaintiff,**

v.    **NO. 3:17-cv-777-MMH-LLL**

**DEPARTMENT OF THE NAVY,**

    **Defendant.**

_____

### Order to Show Cause

This is before the Court sua sponte. On June 15, 2022, plaintiff filed a Request for 60 Days to File Second Amended Complaint, doc. 73, requesting an extension of time to file his second amended complaint. The Court granted plaintiff's request and directed plaintiff to file his second amended complaint, in compliance with the Court's directives in its previous order, doc. 39, no later than August 15, 2022. Order, doc. 75 at 1. To date, plaintiff has failed to do so.

It is **ordered**:

**On or before September 14, 2022**, plaintiff shall either: (1) file his second amended complaint in compliance with the Court's previous order, doc. 39; or (2) show cause in writing why this Court should not recommend that plaintiff's case be dismissed for failure to prosecute pursuant to Local Rule 3.10. **Failure to comply**

with this order will likely result in a recommendation that plaintiff's case be dismissed without further notice.

**Ordered** in Jacksonville, Florida, on August 24, 2022.

LAURA LOTHMAN LAMBERT
United States Magistrate Judge

c:
Jennifer Bonilla Moreno, Esquire
Jeffrey S. Clay, pro se
    #20190006953
    Wakulla Correctional Institution
    110 Melaleuca Dr.
    Crawfordville, FL 32327-4963